IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BOBBY CLEVELAND BENNETT**                          **PLAINTIFF**

V.                  CASE NO. 3:24-cv-00042 JM

**JARED COOK**, *et al*.                                  **DEFENDANTS**

## ORDER

Plaintiff Bobby Cleveland Bennett's federal case was stayed on April 11, 2024, pending the resolution of his state court criminal proceedings. (Doc. 3). A search of his state criminal proceedings reveals that the State nolle prossed its criminal charges against Bennett in May 2024. *See State v. Bennett*, 56CR-24-143 & 56CR-24-98 (Docket Sheets). In staying his case, the Court warned Bennett that his case would be dismissed if he failed to either (1) file a motion to reopen within 60 days of the conclusion of state criminal proceedings or (2) file a status report with this Court no later than March 19, 2025. Bennett has done neither. Accordingly, the Court directs the clerk to lift the stay and dismiss this case without prejudice. Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 26th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE