# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BOBBY CLEVELAND BENNETT**                                                                 **PLAINTIFF**

**V.**            **CASE NO.  3:24-cv-00042 JM**

**JARED COOK,** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE